IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

MAR 06 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| GARY P. WHITNEY, deceased, by and through his personal representative, SANDRA LEE WHITNEY, and SANDRA LEE WHITNEY, personal representative, on behalf of the heirs of GARY P. WHITNEY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 15–125–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 6th day of March, 2017.

Donald W. Molloy, District Judge
United States District Court